USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC RABINOWITZ,

               Plaintiff,

-against-

ERIK EKSTEIN, and EKSTEIN
DEVELOPMENT LLC d/b/a EKSTEIN
DEVELOPMENT GROUP,

               Defendants.

1:25-cv-06847-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for February 10, 2026 is ADJOURNED.  The Court will separately enter a case management plan.  IT IS FURTHER ORDERED that the parties shall file a joint letter within three (3) business days of their scheduled settlement conference on February 18, 2026 advising the Court of the status, but not the substance, of settlement discussions.  The parties are on notice that discovery in this matter should proceed contemporaneously with settlement discussions.

*The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.*

SO ORDERED.

Date:  February 4, 2026
      New York, NY

MARY KAY VYSKOCIL
United States District Judge