# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

May 27, 2026

**_Via Electronic Filing_**
The Hon. Judge Mary Kay Vyskocil
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2026
```

Re:    *Rabinowitz v. Ekstein et al*
Case No.: 1:25-cv-06847

Dear Honorable Judge Vyskocil:

This law firm represents Plaintiff Eric Rabinowitz (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Practices in Civil Cases, this letter respectfully serves to request an extension of time to complete fact discovery from June 10, 2026 to, through and including, July 25, 2026.  This is the first request of its kind, and is made on consent of counsel for Defendants Erik Ekstein and Ekstein Development LLC d/b/a Ekstein Development Group (together, the "Defendants"). If granted, the instant request would not affect any other Court-ordered deadlines.

The basis of this request is that the parties have require additional time to complete paper discovery, and schedule depositions. By way of background, Plaintiff has produced approximately 3200 individual bate-tamped documents, as of the date of this filing. Thus, the parties are diligently working towards completing paper discovery, before scheduling depositions. A second, independent basis, also necessitates the instant request. The undersigned will be traveling overseas from June 29, 2026, through July 10, 2026. Given the undersigned's unavailability, an extension of time to complete fact discovery through July 25, 2026 is necessary.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to complete discovery, from June 10, 2026  to through and including, July 25, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/* Jason Mizrahi
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Cc: All counsel-of-record, via ECF

1

The parties' request is GRANTED.  The parties are on notice that further extensions will not be granted absent good cause.

IT IS FURTHER ORDERED that the status conference scheduled for June 16, 2026 is ADJOURNED to July 14, 2026 at 11:00 AM.  One week before the conference, the parties shall submit a joint letter as laid out at ECF No. 23.

SO ORDERED.

Date: 5/27/2026
New York, New York

Mary Kay Vyskocil
United States District Judge