USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC RABINOWITZ,

                Plaintiff,

    -against-

ERIK EKSTEIN, and EKSTEIN
DEVELOPMENT LLC d/b/a EKSTEIN
DEVELOPMENT GROUP,

                Defendants.

1:25-cv-06847-MKV

SCHEDULING ORDER AND ORDER
TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

On May 27, 2026, this Court rescheduled a status conference for July 14, 2026 and ordered that, one week in advance of the conference, the parties must submit a joint letter as laid out in the Court's Order at ECF No. 23. [ECF No. 26]. As of this date, the parties have failed to submit the requisite joint letter and have failed to comply with this Court's Order.

Accordingly, IT IS HEREBY ORDERED that the conference scheduled for July 14, 2026 is ADJOURNED to August 6, 2026 at 11:00 AM. One week before the conference, the parties shall submit a joint letter as laid out at ECF No. 23.

IT IS FURTHER ORDERED that, on or before July 15, 2026, the parties shall show cause why they should not be sanctioned for failing to comply with this Court's Order.

***The parties are on notice that continued failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.***

**SO ORDERED.**

**Date:  July 8, 2026**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**