**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

May 27, 2026

***Via Electronic Filing***
The Hon. Judge Mary Kay Vyskocil
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rabinowitz v. Ekstein et al*
Case No.: 1:25-cv-06847

Dear Honorable Judge Vyskocil:

This law firm represents Plaintiff Eric Rabinowitz (the “Plaintiff”) in the above-referenced matter.

Pursuant to Your Honor’s Individual Motion Practice Rules, this letter respectfully serves to respond to the July 29, 2026 letter filed by Defendants Erik Ekstein and Ekstein Development LLC d/b/a Ekstein Development Group (together, the “Defendants”).

Plaintiff wishes to inform the Court that he consents to Defendants’ request for an adjournment of the August 6, 2026 status conference, and that Plaintiff also intends to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure (“Fed.R.Civ.P.”) 56.

However, the undersigned law firm is generally unavailable in the beginning of September, due to, *inter alia,* a trial before this Court, in the case captioned *Mbaye et al v. RCI Hospitality Holdings, Inc. et al* (Case No.: 1:23-cv-02967-DEH), scheduled to commence on September 15, 2026. The undersigned also wishes to inform the Court of multiple conflicting professional obligations, occasioned by, *inter alia,* summary judgment briefing in various matters pending before the United States District Court, of the Eastern District of New York, including in the cases captioned *Finkelstein v. Bical* [Case No.: 23-cv-00049] and *Lin et al v. Fuji Hana Rest. Corp. et al* [Case No.: 21-cv-03832].

In light of the foregoing, it is respectfully requested that the Court adjourn the final in-person status conference on or after October 10, 2026, and to extend the commencement deadline of any dispositive motion practice to thirty (30) days after the in-person status conference.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel