CERTILMAN BALIN
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

JOSHUA FELDMAN
PARTNER
DIRECT DIAL 516.296.7081
jfeldman@certilmanbalin.com

July 30, 2026

**Via ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Eric Rabinowitz v. Erik Ekstein and Ekstein Development LLC d/b/a Ekstein Development Group*, Case No. 1:25-cv-06847(MKV)**

Hon. District Judge Vyskocil:

This firm represents defendants Erik Ekstein and Ekstein Development LLC d/b/a Ekstein Development Group (collectively "Defendants") with respect to the above-referenced matter. I write jointly with counsel for plaintiff Eric Rabinowitz ("Plaintiff") (Plaintiff and Defendants collectively the "Parties") to report on the status of discovery on this matter, pursuant to the Court's Orders (ECF Nos. 23 and 28).

Pursuant to Item 16 in the Civil Case Management Plan and Scheduling Order dated February 6, 2026 (ECF No. 23), the Parties set forth as follows:

a. At this time, there are no existing deadlines, due dates, and/or cut-off dates, as the Parties do not anticipate requiring expert discovery.
b. There are no motions that are currently outstanding.
c. The Parties anticipate exchanging post-deposition demands and potentially serving non-party subpoenas for documents and testimony.
d. At this time, the Parties have not engaged in further settlement discussions. The Parties respectfully requests the scheduling of a settlement conference.
e. The anticipated length of trial is 2-3 days and is to be tried by a jury.
f. Both parties anticipate filing a motion for summary judgment.
g. The Parties do not currently have any other issues to address at the conference.
h. The Parties do not currently have any other information that may assist the Court in advancing the case to settlement or trial.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,
/s/Joshua Feldman
Joshua Feldman

cc: (via ECF): All Counsel of Record