USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC RABINOWITZ,

Plaintiff,

-against-

ERIK EKSTEIN, and EKSTEIN DEVELOPMENT LLC d/b/a EKSTEIN DEVELOPMENT GROUP,

Defendants.

1:25-cv-06847-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of both parties' motion to adjourn the conference scheduled for August 6, 2026. [ECF Nos. 31, 32]. Further, the Court is in receipt of the parties' joint status letter. [ECF No. 33].

As an initial matter, fact discovery in this case closed on July 25, 2026 and no party has moved for an extension of that deadline. [ECF No. 26]. In any event, IT IS HEREBY ORDERED that the post-discovery conference scheduled for August 6, 2026 is ADJOURNED to October 15, 2026 at 2:00 PM. The parties shall file any pre-motion letters requesting leave to file summary judgment motions **at least one week prior** to the conference.

The Clerk of Court is respectfully requested to terminate docket entries 31 and 32.

***The parties are on notice that continued failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.***

**SO ORDERED.**

**Date: July 30, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**