**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

May 27, 2026

***Via Electronic Filing***
The Hon. Judge Mary Kay Vyskocil
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

Re: *Rabinowitz v. Ekstein et al*
Case No.: 1:25-cv-06847

Dear Honorable Judge Vyskocil:

This law firm represents Plaintiff Eric Rabinowitz (the "Plaintiff") in the above-referenced matter. This letter is filed jointly with counsel for Defendants Erik Ekstein and Ekstein Development LLC d/b/a Ekstein Development Group (together, the "Defendants").

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request a 45-day extension of the parties' dispositive motion practice commencement deadline of October 8, 2026 to, through and including, November 22, 2026.

This is the second request of its kind. [*See* Dckt. No. 34]. If granted, the instant request would also necessitate an adjournment of the in-person final pre-trial conference scheduled for October 15, 2026 to a date and time set by the Court after November 22, 2026.

The basis of this request is that on July 30, 2026, the parties had filed a joint letter [Dckt. No. 33], requesting the scheduling of a settlement conference, before a Magistrate Judge. As of the date of this filing, the Court has not ruled on the parties' request. [*Id.*]. The parties respectfully submit that the scheduling of a settlement conference occur, prior to the commencement of any dispositive motion practice, to help fray the incurrence of significant costs and expenses.

In light of the foregoing, it is respectfully requested that the Court: (i) grant a 45-day extension of the parties' dispositive motion practice commencement deadline of October 8, 2026 to, through and including, November 22, 2026; (ii) adjourn the in-person final pre-trial conference scheduled for October 15, 2026 to a date and time set by the Court after November 22, 2026; and (iii) refer the matter to a Magistrate Judge, for the purposes of scheduling a settlement conference.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,
LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel

The parties' request is GRANTED. IT IS FURTHER ORDERED that the post-discovery conference scheduled for October 15, 2026 is ADJOURNED sine die.

The Court will enter a separate order referring the case to the assigned magistrate judge for a settlement conference. Within three days of the scheduled settlement conference, the parties shall file a joint letter advising the Court of the status, but not substance, of settlement negotiations.

SO ORDERED.

Date: 9/23/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge